UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVON DEPALO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL ACTION NO. 26 Civ. 99 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Devon Depalo ("Plaintiff") commenced this action pursuant to Section 205(g) of the Social Security Act (the "Act"), as amended, 2 U.S.C. § 405(g), seeking review of the decision by the Commissioner (the "Commissioner") of the Social Security Administration, denying his application for Supplemental Security Income under the Act. (Dkt. No. 1; see Dkt. No. 9-1 at 5, 17). On January 8, 2026, the Clerk of Court notified the parties that "[p]ursuant to 8 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1). . . they may consent to proceed before a United States Magistrate Judge." (Text entry dated January 8, 2026 (the "Text Entry")). On January 13, 2026, the Honorable Edgardo Ramos referred this case to the undersigned for social security. (Dkt. No. 7). Since then, the Commissioner has filed the certified administrative record (Dkt. No. 8), Plaintiff has filed his brief (Dkt. No. 9-1), the Commissioner has filed his brief (Dkt. No. 10), and Plaintiff has filed his reply (Dkt. No. 11). To date, the parties have not indicated whether they consent to proceed before the undersigned.

Given that more than eight months have passed since the Text Entry, to conserve resources, to promote judicial efficiency, and to achieve a faster disposition of this matter, the parties are **ORDERED** to meet and confer concerning whether they are willing to consent, under

28 U.S.C. § 636(c), to conducting all further proceedings before the undersigned. By **October 1, 2026**, the parties shall either: (i) file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge); or (ii) file a letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. There will be no adverse consequences if the parties do not consent to proceed before the undersigned.

Dated: New York, New York
September 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**